UNiTed STaTes DisTricT CourT

RECEIVED
SDNY PRO SE OFFICE

2023 MAY 25  PM 3: 5 ?

MicHaeL Crumble, #90637-053
PosT oFFice BoX 1000
OTisville, NY. 10963
PLaiNTiFF

V.
UNited States oF America, et al.j

Civil acTioN No. _____
( FoIA, FTCA, BiveNS, HaBeas

Warden Sage,
P.O. Box 700
Minersville, PA 17954

MS. Swaboski, CNP (Provider),
P.O. Box 700
Minersville, PA 17954

Mr. SeFFaN, asst. PhysiciaN,
P.O. Box 700
Minersville, PA 17954

MS. Loury; paramedic
P.O. Box 700
Minersville, PA 17954

Mr. Kubic; CounseLor

DeFendanT(s).

COMPLaiNT with Jury DeMand

## Introduction

THis is a civil acTion by MicHaeL Crumble, A FederaL prisoner, For damages and iNJuncTive reLieF whicH alleges NeGLecT oF MedicaL attention, deNiaL oF access To MedicaL persoNNeL; QualiFied To exercise JudgemeNT abouT A parTicuLar MedicaL Problem, DeNiaL or deLay oF access To TreaTmeNT or Sickcall, waNToN INFLicTion oF pain meNtally, emotionally and PHysically, Ei6TH ameNdeNT riGHT To be Free From CrueL and uNusuaL puNisHmeNT, aNd STaTe TorT Law.

## JurisdicTion

1.) THis CourT has JurisdicTion over PLaiNtiFF's cLaims oF the VioLaTions oF ConsTiTuTioNaL and STaTutory rights under 5 U.S.C. § 552; 28 U.S.C. §1331, §2241 and §2680; 42 U.S.C. §1981, §1983, §1985 and §1986.

2.) PLaiNTiFF, MicHaeL Crumble, was aNd F.C.I. SchuyLkill CoNTiNues To Be iNcarcerated at the time oF the FiLiNg OF this ComPLaiNT aT F.C.I. oTisville, NewYork.

3.) DeFeNdaNt, UNited States is Sued under statutory and tort Law.

4.) DeFeNdaNt(s), WardeN Sage, MS. Swaboski, MS. Loury and Mr. STeFFaN are EmpLoyees oF the BoP and are sued iN THeiR OFFicial and indivduaL CapaciTies, and mr. Kubic, CounseLo

<u>Facts</u>

5.) Late April 2021, Plaintiff received the second dose of Pfizer vaccine. Plaintiff then started To experience an allergic reaction, For days Plaintiff complained To unit officer about his condition, but was told wait For sickcall.

6.) Plaintiff continue To complain about his Face, arms, Legs, back being swollen Red Bumps on top oF Rash, discoloring skin and Itching uncontrollable.

7.) Plaintiff could not sleep at night, Plaintiff skin become very sensitive. Plaintiff Finally after To many Days suffering, approaching A.W. Bersikiner was Finally called To medical.

8.) Plaintiff was examined by asst. physician Steffan IN the presence oF asst. physician Andrezzi, DeFendant asst. physician Steffan determine Plaintiff was suffering From anti-Fungal and Plaintiff was prescribed (Fluconazole) To take For 7 days.

9.) Plaintiff Took prescribed (Fluconazole) For anti-Fungal, The next Day Plaintiff woke up To now his whole chest swollen Red Bumps on top oF Rash, discoloring skin, itching and very sensitive. Plaintiff was now Having an counter reaction To the prescribed medication by DeFendant physician Steffan.

10.) Plaintiff Early May 2021, approach unit 3B morning officer seeking medical attention For several days Plaintiff was Denied Treatment, Then Finally after complaining To Lt. on walkway To mainline I was send To medical.

11.) Plaintiff was seen by defendant CNP Swaboski, who Took picture's oF Plaintiff's chest, arms, Legs, Face and send To Dr. Mace. Who was Now station in Philadephia, premoted To Regional Doctor, so schuylkill is doctorless.

②

(12) DEFENDANT Dr. Mace confirm Plaintiff having an allergic reaction and ordered DeFendant CNP Swaboski To administer A steriod Injection, and prescribed A 7 day Oral Predisone PLaintiFF should Take THereafter.

(13) THe next day PLaintiFF experience Lumps develoPing on the LeGs. PLaintiFF approach CNP Swaboski To show her what's GoinG on, she states " I DoNt know whats HapPening".

(14) Month aFter Month PLaintiFF continue To keep experiencing SKin outbreaks. Discoloring skin inFLamed Rash Like Bumps on Top, Very sensitive when touched, showing, OR LayinG down To sLeep. Each month when these outbreaks occur THrough out PLaintiFF's whole body, PLaintiFF seek medical attention at schuyLkill, but was Not Treated-

(15) PLaintiFF could Not access Medical staFF Face To Face everyday Do to couid restrictions. PLaintiFF will be told by Lt's, warden, uNit Manager, uNit oFFicer To siqN up For Sick call.

(16) PLaintiFF continue to Fill out sickcall SLips, but Never was SEEN. PLaintiFF continue To approach any medical THat enter His unit, Now PLaintiFF started To Get meet with hosility Cause He's complaining To MucH.

(17) PLaintiFF approach paramedic MS. Loury Numerous times about His condition's and was told " I DoN't care about your conditions" or " Get tHe Fuck out Her Face". All PLaintiFF wanted was To see A Doctor or specialist who QuaLiFy To Treat Him instead PLaintiFF request Fell oN deaF ears.

(18) PLaintiFF started To Get Harrass by defendant MS. Loury with pat downs and cell searches. DeFenDant who's A paramedic works iN Medical will come To HousiNG To Harrass PLaintiFF with cell searches Just cause PLaintiFF continue To seek Treatment For His conditions. PLaintiFF asserts DeFendanT M.S. Loury Have Been DoinG THis To inmate's at schuYLkiLL For Years.

(4)

(19) PLAINTIFF continue To see His physician Defendant CNP Swaboski seeking TreaTment From Her, A Doctor or SpeciaLisT. From May Till Nov. 2021, PLAINTIFF continued complain To Defendant Swaboski, but No treatment occur, No diagnose or No Medication. Defendant CNP Swaboski says To plaintiff "I Don't know whats wronG with you" and "To send you out To Hospital it won't Get Approved cost To Much".

(20) PLAINTIFF started To Now emaiL Health services, Warden and verbally Speak with Defendant CNP Swaboski and Defendant MS. Sage.

(21) Finally after 6 months of SUFFERING every month, SleepLess NiGHts, Lockdown For Covid Quarantine PLaintiFF Had To Deal with His conditions by His self with No Help From SchuylkiLL Medical. PLaintiFF then was seen via Zoom by Defendant Dr. Mace IN November 2021.

(22) PLAintiFF explained To Dr. Mace what He Had been enduring since May 2021 after taking Pfizer vaccine. PLaintiFF tried showing Defendant Dr. Mace through the screen, but Defendant Dr. Mace could not really see PLAINtiFF whole Body through the screen, so could not accurately diagnose PLaintiFF.

(23) PLAintiFF was then prescribed Triamcinolone Acetonide cream by Defendant CNP Swaboski, which burned Plaintiff skin. PLaintiFF explained To Defendant CNP Swaboski Cream Burns and can He be prescribed something else. PLaintiFF request Fell on Deaf ears For months.

(24) Plaintiff continues to seek medical, But His request where still meet with Hostility. January 2022 Plaintiff unit is Lockdown for Quarantine, Plaintiff is Now again stuck in a cell 24 Hours A day itching uncontrollably, Scratching To the point His skin is now blooding. Plaintiff cannot Lay Down To sleep at Night Cause His skin is very sensitive. Again plaintiff while Lockdown For 37 days is seeking medical attention. Plaintiff complained To Morning Officer Zost, unit Manager Roup both For over A month ensured plaintiff He will be seen by medical, But plaintiff was Never Seen.

(25) Plaintiff Now mentally was drain dealing with his condition Lockdown can't sleep and itching uncontrollable. Plaintiff Have Now been seeking Pyschological Help From Pysch. Plaintiff emotionally felt Now over 9 months dealing with something He felt will Never Go away and Felt Schylkill medical will Not treat His conditions. Plaintiff was diagnose with anxiety and depression by Pysch in Nov. 2022 and was prescribed Medication.

(26) Plaintiff was Finally seen by Doctor who was Just Hired by Schuylkill. Plaintiff was prescribed Betamethasone Dipropionate ointment, which is A steriod and cannot take For Long. Plaintiff this Current Day is still experiencing itching controllably, discoloring skin bumps Like rash and skin very sensitive. Plaintiff was pescribed Here at Otisvill oral predisone For 4 days and Betamethasone again January and April.

(27) Plaintiff conditions are Not Going away and Since arriving at otisville Had 2 outbreaks. Plaintiff Requested To His Provider vanDerHey-wright, Jayne To be seened by A Specialist She state's "It won't be approved Cause of cost!!

## Denial Due Process

(28) Plaintiff continue To move Forward with BP-9, Plaintiff was Denial BP-9 Form by Defendant Mr. Kubici Counselor at tHe time.

(29) Plaintiff For months keep requesting BP-9 From Defendant warden, unit manager, but was told see Counselor. Plaintiff request To Defendant Mr. Kubici Counselor OF unit 3B At schuYLKill Fell oN Deaf ears and was Getting meet by Hostility.

## Federal Tort Claim acT

Plaintiff Filed A TorT claim ConcerNiNG THe paiN and iNjury he suFFered mentally, physically emotionally.

## ExhaustioN of administrative Remedies

PlaintiFF Has exhausted His admiwistrative remedies witH respect To all claims.

## Claims For reLieF

THe actioNs of wardeN SaGe, Ms. Swaboski, Mr. seFFaN, Ms. Lavry and Mr. Kubici FailiNG To provide adequate care Delay oF treamenT For PLaiNtiFF's coNditioNs Constituted TorT iNFlictioN wantoN paiN.

The Failure oF Warden SaGe, To curb the kNow pattern oF NeGLecT OF Medical atteNtioN / DeLay oF TreatMeNT, coNstituted deLiberate iNdiFFereNce To PLaiNtiFF and other PrisoNer's saFety and CoNtributed To and proximately Caused the above violatioNs oF the EiGTH ameNdmeNT right To be Free FRom Cruel and uNusuaL puNishmeNT, and NoT To puT CosT over Care.

(7)

The actions of Defendant CNP Swaboski, et al. In Failing For over 6 months To Fully assess Plaintiff medical conditions and provide proper medical Treatment To Him Constituted Deliberate indifference To his medical Needs in violation of the Eigth amendment, and Schuylkill Failure To Have A Doctor.

All Named Defendant's violated plaintiff's Constitutional Rights To adequate care IN FBOP custody.

Wherefore, plaintiff request THat THe court Grant THe Following Relief:

A. Issue A Declaratory Judgment stating that:

1.) THe Delay of Treatment / adequate care of Plaintiff Medical conditions by Defendant CNP Swaboski, et al. violated Plaintiff's rights under THe Eigth amendment and Constituted As NeGLiGence under State Law, and Fialure To Have A Doctor For over A YEAR.

B. award Compensatory and punitive damages:

1.) $ 100,000 iN ToTal aGainsT defendants for THe infliction wanton pain resulTing To mentally Injury To THe Plaintiff STemming From Delay in TreaTment / NeGLecT care, and violation of His constitutional RiGHTs.

2.) $ 200,000 iN ToTal aGainsT DeFendanTs For THe inflicT wanton pain resulTing iN mental Injury, emotional and physical stemming From DeLay TreaTment / NeGlect of care To plaintiff, and violaTion of His CONsTiTuTional rigHTs.

Mr. crumble asks THis CourT To GranT sucH FeLief as iT may appear THaT plainTiff is enTiTled, and THaT He NoT receive any reTaLiaTory actions iN THe Form of THe sudden seizure OF His person / and or properTy, and that He is NoT "seT up" e.g. / by planTiNG weapon or other contraband INTo His cell or oN His person, or tHaT any otHer False disciplinary charges are placed upon Him.

Respectfully submitted
/s/ m. ale
Mr. MicHael Crumble # 90637 053
P.O. BOX 1000
OTisville, NY. 10963

Date: 5-17-2023

11-26-21

I continued to experience breakouts with lumps and can not stop itching. I've continued to sign-up for sick call, or stop by sick call during mainline and speak with medical staff on a weekly basis. Recently, I wrote to Warden Sabe, complaining about the medical neglect and suddenly I was prescribed Triaminolone acetonide cream. The cream is to strong for my face because when I used it, my face would burn. These conditions got worse after I used cream on my face.

I would like to be seen by a specialist and have an allergy test performed so I can find out what it is causing these bad effects. I saw PA Swabosti on Nov. 24, 2021 and explained again that I was still itchy and need a prednisone shot to stop the itching. She told me it was not an urgent matter and that the medical dept is understaffed right now. If the BOP can not provide adequate medical attention and cure I should be released to home confinement so I can seek my own medical attention, at my own expense.

2-013

Attachment 1

# FCI Schuylkill, Pennsylvania

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTE TO INMATE:   You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you MUST attempt to informally resolve your complaint through your Correctional Counselor.  Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: ___BR___ (Initials of Correctional Counselor)

Date Issued To The Inmate: ___2/2/2022___

INMATE'S COMMENTS: MEDICAL ATTENTION:

1.   Complaint: I Have develop PATCHes of MISSING HAIR IN BACK OF MY HeAD. I will like To examined BY DoeTOR AND Prescribe AN TREATMENT FOR MY CONDITIONS.

b.   Efforts you have made to informally resolve complaint: ~~Complaint~~ Spoke to Medical personel To Be examine OR prescribe AN treatment.

3.   Names of staff you contacted: Swaboski, VINCENZZI

Date Returned to Correctional Counselor: 2-2-22

___M. Culrell___               ___90637-053___      ___2-2-22___
Inmate's Signature                 Reg. Number            Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1.   Efforts made to informally resolve and staff contacted: S INSTRUCTED TO SIGN UP FOR SICK CALL

Date BP-9 Issued: ___2/8/22___   # ___2-013___      ___BR___
                                                   Correctional Counselor

Date Informally Resolved: _____ #_____

                                                   _____
                                                   Inmate's Signature

Unit Manager Review: _____

                                                   Date: _____

2.015

Attachment 1

# FCI Schuylkill, Pennsylvania

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**NOTE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: _____BR_____ (Initials of Correctional Counselor)

Date Issued To The Inmate: 2-8-2022

**INMATE'S COMMENTS:** NEGLECTED OF MEDICAL ATTENTION:
SINCE LAST MAY 2021 I HAVE BEEN EXPERENCING A VERY SERIOUS RASH OUTBREAK WITH

1. Complaint: BUMPS ON TOP OF RASH. FOR MONTHS I BEEN ITCHING UNCONTROLLABLY AND SCRATCHING MAKING the conditions worse. MEDICAL PERSONAL CONTINUE To SAY they DONT KNOW WHATS WRONG AND JUST NEGLECTED MY CONCERNS. I AM REQUESTING AGAIN DUE TO THIS MEDICAL CLINIC NOT KNOWING WHATS MY CONDITIONS. To BE TREATED BY SPECAILISTS, outSIDE HOSP, OR MOVED TO BE TREATED.

b. Efforts you have made to informally resolve complaint: I HAVE GREIVANCE THIS ISSUE NUMEROUS TIMES, wrote sick call slips, Spoke with MEDICAL PERSONEL DR. MACO, CNP Swaboski, WARDEN AND AW. MAY-2021, AUG. 2021-Sept 2021, OCT 21, 2021-11-22-21-11-23 ARE SOME OF THE DATES I GREIVANCE, wrote MEDICALL, SPOKE TO MEDICAL AND SICK CALL.

3. Names of staff you contacted: DR. MACE, CNP Swaboski, WARDEN, AW

Date Returned to Correctional Counselor: 2-8-2022

_M. ____ _
Inmate's Signature

90637-053
Reg. Number

2-8-2022
Date

## CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: S You must put in for medical sick call to be seen by a PA and the institution doctor to determine further course of action.

Date BP-9 Issued: _____ # _____

Correctional Counselor

Date Informally Resolved: _____ # _____

_____
Inmate's Signature

Unit Manager Review: _____ Date: _____

about Medical neglect...

TRULINCS 90637053 - CRUMBLE, MICHAEL - Unit: SCH-B-B

--------------------------------------------------------------------

FROM: 90637053
TO: Health Services
SUBJECT: ***Request to Staff*** CRUMBLE, MICHAEL, Reg# 90637053, SCH-C-B
DATE: 02/12/2022 01:06:23 PM

To: DOCTOR
Inmate Work Assignment: FS

AGAIN I AM REQUESTING THROUGH THIS FORMAL COMPLAINT TO SEE DOCTOR: I have been lockdown
quarantine /isolation for the last 35days,I have fill out sick call slips,spoke with numerous medical personnel about my
conditions such as itching constantly,discoloring of my skin with rash bumps on top of rash on my face,legs,arms.For the last
two weeks suck in my cell i have been feeling uncomfortable itching uncontrollably,scratching cant sleep cause of my
conditions. I DONT UNDERSTAND WHY NO MEDICAL PERSONNEL CAME FOR SICK CALL TO CHECK OM MY
CODITIONS.AS UNIT MANAGER RAUP,AM OFFICER ZOSH HAD TOLD ME FOR TWO WEEKS. This is clear neglect of
medical attention i cannot jut walk to medical clinic here,i cannot just go to outside hospital to determine what this condition is.I
am tire of my words falling on deaf ears, I AM under subject of this facility, so im in no position to choose my own health
provider. This common practice to kick the can down the road is dangerous on all inmates health. Take our heath seroius,stop
looking at us inmates as a number and as a human.

All
Medical
NeGLect  $\longrightarrow$

TRULINCS 90637053 - CRUMBLE, MICHAEL - Unit: SCH-C-B
------------------------------------------------------------------------------------------------------------

FROM: Warden
TO: 90637053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/22/2021 01:02:03 PM

You are scheduled to be evaluated by your Provider in the near future.  You are advised to watch the callouts for your appointment date and time.

>>> ~^!"CRUMBLE, ~^!MICHAEL" <90637053@inmatemessage.com> 11/22/2021 12:28 PM >>>
To: Warden Sage
Inmate Work Assignment: food service

I have been constantly having a problem with the medical staff's neglect of my medical conditions.  I'm having a allergic reaction for several months that I continue to bring to the medical staff's attention.  I am having swelling on my cheeks.  It may be from something I ate last night.  I have no idea because they refuse to conduct any testing to see what I am allergic to.  This morning I had the officer call down to medical so I can attend emergency sick call this morning and nothing happened.  I just spoke with my health care provider Ms. Swaboski at mainline and requested to be seen today for this allergic reaction.  She stated that I will not be seen today because it's not urgent.  First, she has no idea what is causing these problems.  So how will she know it is not urgent?  When I can't breath?  I have had this allergic reaction in early May after I received the covid vaccine.  I have been dealing with discoloring on my skin, face, legs, and arms, and have went to sick call Aug. 10, Sept 2, Oct 20 and Nov 5th.  i have been waiting to be seen and have labs taken to see if I'm allergic to something causing these bad reactions or if it is stemming from the vaccine.  To date, nothing has been done.  I spoke with Ms. swaboski last week at mainline and she said I will be seen eventually but it is not an urgent matter.  They are understaffed and will get to me when they can.  How much longer do I have to wait to be seen?  Until I eat something and my windpipe closes like the last inmate they had to medevac'd out of here because of the lack of medical care.  If the prison medical staff is understaffed and they can not provide care for the inmates then please consider releasing me to home confinement so I can secure adequate medical care at my own expense.  I appreciate your consideration and attention with this matter.

#003

Attachment 1

## FCI Schuylkill, Pennsylvania

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTE TO INMATE:   You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you MUST attempt to informally resolve your complaint through your Correctional Counselor.   Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: _____*MK*_____ (Initials of Correctional Counselor)

Date Issued To The Inmate: ___5/21/21___

INMATE'S COMMENTS:

1.   Complaint: Starting In Jan. 2021 After being Exposed To Covid-19 For 17 Days I Experience Chills, Back aches, fever, Lost of taste And smell. During That Period I was neglected medication. I Have Been complaining for months About the after, Affects of Covid-19. Still Haven't Been seen By doctors

b.   Efforts you have made to informally resolve complaint: Steffan, Swaboski, And wrote to Medical To be seen And Have Blood work Done.

3.   Names of staff you contacted: Steffan, Swaboski, email Medical Department

Date Returned to Correctional Counselor: ___6/30/21___

*M. Arley*                     *90637-053*   *5-21-21*
Inmate's Signature            Reg. Number        Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1.   Efforts made to informally resolve and staff contacted: A review of your medical record reveals you are receiving appropriate medical care for your medical concerns on 5/10/21 you noted, during your encounter with the Advanced Provider your conditions were much improved you are encouraged to follow the treatment plan given by your Provider Team

Date BP-9 Issued: __7/2/21__   # _003_         _____
                                              Correctional Counselor

Date Informally Resolved: _____ #_____
                                              _____
                                              Inmate's Signature

Unit Manager Review: _____   Date: _____

Distribution:   If complaint is NOT informally resolved - Forward original attached to BP-9 Form to the Associate Warden of Operations.   If complaint informally resolved - maintain copy with Informal Resolution Log Book.

Attachment 2

TRULINCS  90637053 - CRUMBLE, MICHAEL - Unit: SCH-C-B

---

FROM: Warden
TO: 90637053
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/22/2021 01:02:03 PM

You are scheduled to be evaluated by your Provider in the near future.  You are advised to watch the callouts for your appointment date and time.

>>> ~^!"CRUMBLE, ~^!MICHAEL" <90637053@inmatemessage.com> 11/22/2021 12:28 PM >>>
To: Warden Sage
Inmate Work Assignment: food service

I have been constantly having a problem with the medical staff's neglect of my medical conditions.  I'm having a allergic reaction for several months that I continue to bring to the medical staff's attention.  I am having swelling on my cheeks.  It may be from something I ate last night.  I have no idea because they refuse to conduct any testing to see what I am allergic to.  This morning I had the officer call down to medical so I can attend emergency sick call this morning and nothing happened.  I just spoke with my health care provider Ms. Swaboski at mainline and requested to be seen today for this allergic reaction.  She stated that I will not be seen today because it's not urgent.  First, she has no idea what is causing these problems.  So how will she know it is not urgent?  When I can't breath?  I have had this  allergic reaction in early May after I received the covid vaccine.  I have been dealing with discoloring on  my skin, face, legs, and arms, and have went to sick call  Aug. 10, Sept 2, Oct 20 and Nov 5th.  i have been waiting to be seen and have labs taken to see if I'm allergic to something causing these bad reactions or if it is stemming from the vaccine. To date, nothing has been done.  I spoke with Ms. swaboski last week at mainline and she said I will be seen eventually but it is not an urgent matter.  They are understaffed and will get to me when they can.  How much longer do I  have to wait to be seen?  Until I eat something and my windpipe closes like the last inmate they had to medevac'd out of here because of the lack of medical care.  If the prison medical staff is understaffed and they can not provide care for the inmates then please consider releasing me to home confinement so I can secure adequate medical care at my own expense.  I appreciate your consideration and attention with this matter.

TRULINCS  90637053 - CRUMBLE, MICHAEL - Unit: SCH-C-B

-------------------------------------------------------------------------------

FROM: 90637053
TO: Health Services
SUBJECT: ***Request to Staff*** CRUMBLE, MICHAEL, Reg# 90637053, SCH-C-B
DATE: 11/23/2021 08:34:28 AM

To: SWABOSKI
Inmate Work Assignment: FS

I SPOKE WITH NURSE LUPOSKY AT PILL LINE THIS MORNING ABOUT RECEIVING MEDICATION FOR ALLERGIC
REACTION.SHE STATED ILL RECEIVE MEDS TODAY.MY FACE HAS BREAKEN OUT, I THINK FROM SOMETHING I ATE.I
SPOKE WITH MY PROVIDER MS.SWABOSKI YEST. AT MAINLINE ABOUT THIS MANNER AND WAS TOLD ILL BE SEEN
OR GIVEN PREDNSONE YEST 11-22-21.CAN I PLEASE BE ISSUED ORAL PREDSONE AND BENERYL OR
ADMINISTERED A PREDSONE SHOT?.MY FACE IS SWELLING,RED,AND ITCHING.I CANT SLEEP AT NIGHT.IM ALSO
REQUESTING AGAIN TO HAVE MY BLOOD TAKEN TO SEE IF I ALLERGIC TO ANYTHING.THANK YOU.

TRULINCS  90637053 - CRUMBLE, MICHAEL - Unit: SCH-B-B

---------------------------------------------------------------------------------------------

FROM: 90637053
TO: Psychology
SUBJECT: ***Request to Staff*** CRUMBLE, MICHAEL, Reg# 90637053, SCH-B-B
DATE: 04/13/2022 02:16:36 PM

To: psych
Inmate Work Assignment: unicor

i spoke with dr. murray doing the reason march lockdown.She said ill be place on callout to been seen by psych.i still havent
seened.i will like to still speak with psych please.

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: CRUMBLE, MiCHAeL        90637-053        3 B        SCHuYLKiLL
_____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST** MEDICAL ATTENTION: I DeveLoped Putches OF MissiNG HAiR BACK IN NovemBer. Its Been MONtHs aND I will like To Be eXAmineD BY DocTor, prescribed OR Treated, Medication.

2-8-2022
_____
DATE

*M. Crumble*
_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

FCI Schuylkill
FEB 2 2 2022
Warden's Office

FCI Schuylkill
FEB 17 2022
~~Warden's Office~~

FCI Schuylkill
FEB 1 2022
~~Warden's Office~~

_____                    _____
DATE                                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: _____

                                        CASE NUMBER: 1110543-FA

**Part C- RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR        PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982






F.C.I Otisville
P.O. Box 1000
Otisville NewYork 10963
Michael Crumble
# 96637-053



U.S. POSTAGE PAID
FCM LG ENV
OTISVILLE, NY
10963
MAY 23, 23
AMOUNT
$0.00
R2305K138449-25

10009

RDC 99

Clerk of Court
500 Pearl St
N.Y. N.Y. 10009

LeGaL mail

RECEIVED
2023 MAY 25  PM 3: 51